UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.A., THE MINOR STUDENT, BY AND THROUGH S.A. and C.A., THE STUDENT'S PARENTS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:24-cv-00048 ) |
| WILLIAMSON COUNTY BOARD OF EDUCATION; and STATE OF TENNESSEE DEPARTMENT OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Defendant State of Tennessee Department of Education's ("TDOE") Motion to Dismiss (Doc. No. 17) is **GRANTED**. The claims against the TDOE are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE